IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

ALEXA NITA RUSSELL,          )        CIVIL 11-00277-DAE-KSC
                                     )
        Plaintiff,         )
                                     )
      vs.                )
                                   )
BAC HOME LOANS SERVICING  )
LP; JOHN AND MARY DOES 100,  )
                                   )
        Defendants.     )
_____  )

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties

on August 10, 2011, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS

AND RECOMMENDATION TO DENY PLAINTIFF'S MOTION TO

REMAND TO STATE COURT," docket entry no. 47, are adopted as the opinion

and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, August 30, 2011.



_____
David Alan Ezra
United States District Judge

Alexa Nita Russell vs. BAC Home Loans Servicing LP, et al., Civil No. 11-00277
DAE-KSC; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND
RECOMMENDATION